IN RE: L.T.D., L.M.D.      *      **NO. 2025-CA-0831**

     *      **COURT OF APPEAL**

.

     *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

**\* \* \* \* \* \* \***

CONSOLIDATED WITH:      CONSOLIDATED WITH:

IAN BERRIE & TWANNA HILL IN RE      NO. 2025-CA-0832
L.T.D./L.M.D.

*TGC*
**CHASE, J., CONCURS IN THE RESULT**